# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Weatherford Group, Inc. | ) | ASBCA Nos. 59317, 59853 |
| | ) | |
| Under Contract No. W91JA4-11-C-4005 | ) | |

APPEARANCE FOR THE APPELLANT:   Keith L. Baker, Esq.
Barton, Baker, Thomas & Tolle, LLP
McLean, VA

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Julie A. Glascott, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 29 October 2015

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59317, 59853, Appeals of Weatherford Group, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals